# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In the Matter of:                }
                                 }  Case No. 15-33330
YaKesha Brown                    }
                                 }  Chapter 13
                                 }
**Debtor(s)**                    }

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on November 24, 2015.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind.

3. We have been unsuccessful in contacting the debtor(s) and would like to request more time to do so.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 14 day of October, 2016.

/s/ Richard D. Shinbaum
ASB-8638-B54R
*Richard D. Shinbaum*

*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 14 day of October, 2016.

Chapter 13 Trustee, Sabrina McKinney (Acting)
Bankruptcy Administrator, Teresa Jacobs

    /s/ Richard D. Shinbaum
*Richard D. Shinbaum*
ASB-8638-B54R