IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: CASE NO. 15-33330-DHW
CHAPTER 13
YAKESHA BROWN

**Debtor(s)**

# TRUSTEE'S STATUS REPORT IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS

COMES NOW, the Trustee, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on November 24, 2015 and confirmed on February 22, 2016.
2. Debtor's current plan payments are $260.00 monthly, and the overall pay record is 28.67%.
3. No prior motions to dismiss have been filed in this case.
4. No motions for relief have been filed in this case.
5. This is the only Motion to Dismiss filed in the past 12 months.
6. The last payments received by the Trustee from the debtor were received on:

| | | | | | |
|---|---|---|---|---|---|
| $260.00 | 02/05/2016 | $40.00 | 03/29/2016 | $260.00 | 04/18/2016 |
| $260.00 | 05/25/2016 | | | | |

7. The case is feasible.

Respectfully submitted on October 25, 2016.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

/s/ Sabrina L. McKinney

Sabrina L. McKinney
Acting Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on October 25, 2016.

/s/ Sabrina L. McKinney

Sabrina L. McKinney
Acting Chapter 13 Trustee